**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Lavinalaquesha Smith ) | Case No.: **1:25-cv-01787-ADA-DH** |
| ) | |
| Plaintiff, ) | |
| vs. ) | **JOINT MOTION TO EXTEND** |
| ) | **DEFENDANT'S TIME TO RESPOND** |
| LawnStarter, Inc. ) | **TO COMPLAINT** |
| ) | |
| Defendant. ) | Judge Alan D. Albright |
| ) | Magistrate Judge Dustin M. Howell |
| ) | |
| ) | |

Pursuant to Civil Local Rule CV-7, Plaintiff Courtney Lavinalaquesha Smith and LawnStarter, Inc. (collectively, the "Parties") by and through their respective attorneys, hereby respectfully and jointly request the following:

WHEREAS, Plaintiff filed her Complaint in this case on November 7, 2025;

WHEREAS, Defendant LawnStarter, Inc. answer is due on December 3, 2025 (ECF 5),

WHEREAS, on November 13, 2025, pursuant to L.R. CV-7(i), the Parties met and conferred and stipulated to allow LawnStarter additional time to respond to the Complaint to approximately sixty days from December 3, 2025 to see if the matter can be settled; Defendant's counsel is not admitted to this Court so could not sign this stipulation, but represented to Plaintiff's counsel there was consent by the Defendant as to this stipulation;

WHEREAS, the Parties agree that Defendant deadline to respond to the Complaint shall be extended to and including February 2, 2026;

WHEREAS, as no initial case management conference has been set and no scheduling order has been entered, the stipulated extension will not affect any existing date or deadline.

**WHEREFORE**, Plaintiff respectfully requests that this Court extend the time for Defendant to answer or otherwise respond to the Complaint until and including February 2, 2026.

Dated: November 21, 2025               Respectfully, submitted

**Shamis & Gentile, P.A.**
/s/ *Andrew Shamis*
Andrew J. Shamis, Esq.
Texas Bar # 24124558
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2025, I electronically submitted the foregoing document with the Clerk of the Court using the CM/ECF system. I hereby certify that I will serve all counsel of record and parties electronically by operation of the Court's CM/ECF system.

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.